UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY HARLOW, et al.,

        Plaintiff,                               Case No. 06-50518

v.                                          District Judge George Caram Steeh
                                              Magistrate Judge R. Steven Whalen

DAIMLERCHRYSLER
CORPORATION,

        Defendant.
_____/

**ORDER GRANTING MOTION FOR PROTECTIVE ORDER**

      Before the Court is the Expedited Motion of Arthur Liebler (a non-party witness) to Quash Subpoena Duces Tecum or for Protective Order [Docket #1]. Essentially, Mr. Liebler seeks to have his deposition, scheduled for June 5, 2006, rescheduled.

      Pursuant to Fed.R.Civ.P. 26(c)(2), the Court will GRANT the motion for protective order. The deposition of Mr. Liebler will take place in Detroit, Michigan on June 13, 2006, commencing at 9:00 a.m.

      SO ORDERED.

                                                                  S/R. Steven Whalen
                                                                  R. STEVEN WHALEN
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on June 2, 2006.

           S/Gina Wilson
           Judicial Assistant